UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF ILLINOIS

Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.: 15-07207 |
| KRZYSZTOF GWOZDZ | ) | |
| MARIA GWOZDZ | ) | Chapter: 13 |
| | ) | Honorable Janet S. Baer |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

## ORDER DISMISSING CASE OF MARIA GWOZDZ
## FOR FAILURE TO FILE CREDIT COUNSELING CERTIFICATE

The Court having heard the facts presented, the trustee alleging that the Debtors have failed to file with the petition proof of credit counseling as required by U.S.C. § 521(b) and Bankruptcy Rule 1007(c),

IT IS HEREBY ORDERED that this case is dismissed with respect to Maria Gwozdz for cause pursuant to 11 U.S.C. § 1307(c). The case remains in effect with respect to Krzysztof Gwozdz.

Enter:

Honorable Janet S. Baer

Dated: April 23, 2015

United States Bankruptcy Judge

**Prepared by:**